IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LATANYA TIPPETT-RHODES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cv-124-RAH |
| | ) | |
| CADENCE BANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On June 7, 2023, the Magistrate Judge filed a Recommendation in this matter (*see* Doc. 29) recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). No objections have been filed. Upon an independent review and consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

(1) The Recommendation (Doc. 29) is **ADOPTED**;

(2) This case is **DISMISSED** without prejudice;

(3) The Motions to Dismiss (Docs. 19, 21) filed by Defendants are **DENIED** as moot; and

(4) The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2

DONE, on this the 27th day of June, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE